United States District Court
Southern District of Texas
**ENTERED**
July 30, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ALVARO VILLANUEVA, CYNTHIA VILLANUEVA, AND WHITHEY TURGEON, AS NEXT FRIEND OF A.V., III, A MINOR CHILD | § § § § § | |
| Plaintiffs. | § § | |
| V. | § § | CIVIL ACTION NO. 5:20-CV-21 |
| UNITED STATES OF AMERICA | § § § | |
| Defendant. | § | |

# ORDER

After holding a settlement hearing on this matter, United States Magistrate Judge John A. Kazen issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(3), recommending that the Court approve the proposed settlement as it pertains to Minor Plaintiff A.V., III (Dkt. No. 29). At the close of the settlement hearing, the Parties, through their counsel, waived their right to object to the proposed findings and recommendations contained in Judge Kazen's Report (*id.* at 4). Accordingly, this Court may act on this Report immediately and reviews the proposed findings and recommendations for plain error.

Having considered the record, the Report, and the applicable law, the Court hereby **ADOPTS** the Report and Recommendation (Dkt. No. 29) as the findings and opinion of the Court. The Court hereby **APPROVES** the proposed settlement as it pertains to Minor Plaintiff A.V., III. The Clerk of Court is hereby **DIRECTED**, upon

receipt of the settlement funds for A.V., III, to deposit said funds into an interest-bearing account. A.V., III, will be entitled to withdraw settlement funds upon reaching eighteen years of age and upon the filing of a proper motion and order by the Court. Finally, the Court hereby **ORDERS** the Parties to file closing documents (i.e., a joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41, signed by counsel for all Parties) no later than August 29, 2021.

It is so **ORDERED**.

**SIGNED** July 30, 2021.

_____
Marina Garcia Marmolejo
United States District Judge